# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERNADETTE K. BATTISTA,** | : | |
| *EXECUTRIX OF THE ESTATE OF* | : | |
| *KATHLEEN DUFFY, DECEASED* | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-966** |
| | : | |
| **BROOMALL OPERATING** | : | |
| **COMPANY LP ET AL**. | : | |

| | | |
|---|---|---|
| **KATHLEEN M. ADORANTE,** | : | |
| *EXECUTRIX OF THE ESTATE OF* | : | |
| *MARIE E GIFFIN, DECEASED* | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-968** |
| | : | |
| **BROOMALL OPERATING** | : | |
| **COMPANY LP ET AL**. | : | |

| | | |
|---|---|---|
| **DENISE A. ROGAN MALAMPY,** | : | |
| *EXECUTRIX OF THE ESTATE OF* | : | |
| *PATRICIA A. ROGAN, DECEASED* | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-969** |
| | : | |
| **BROOMALL OPERATING** | : | |
| **COMPANY LP ET AL**. | : | |

| | | |
|---|---|---|
| **NADIA VOORHEES,** | : | |
| *ADMINISTRATIVX OF THE ESTATE* | : | |
| *OF MICHAEL L. VOORHEES, DECEASED* | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-970** |
| | : | |
| **BROOMALL OPERATING** | : | |
| **COMPANY LP ET AL.** | : | |

| | |
|---|---|
| **MEGAN A. ALLEN** : | |
| *EXECUTRIX OF THE ESTATE* : | |
| *OF MARGARET A. GALLAGHER, DECEASED* : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-1792** |
| : | |
| **BROOMALL OPERATING** : | |
| **COMPANY LP ET AL**. : | |

## ORDER

This 1st day of June, 2022, it is hereby **ORDERED** as follows:

1) Plaintiffs' Motions to Remand, (22-966 - ECF #14) (22-968 – ECF #14) (22-969 – ECF #15) (22-970 – ECF #14), (22-1792– ECF #7), are **GRANTED**.

2) All other pending motions are **DENIED** as moot.

3) The Clerk of Court shall **REMAND** these actions forthwith to the Delaware County Court of Common Pleas.

4) The Clerk is requested to mark these matters **CLOSED** for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge